| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** |
| **Marie-Ann Greenberg MAG-1284**<br>**Chapter 13 Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840** |
| IN RE:<br>  JORGE ECHEVERRI<br>  LEIDY J ECHEVERRI |

Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: **16-20231JKS**

Hearing Date: **8/11/2016**

Judge: **JOHN K. SHERWOOD**

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: August 16, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  JORGE ECHEVERRI
LEIDY J ECHEVERRI

Case No.:  16-20231JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 08/11/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 8/31/2016 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.