| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 |
| IN RE:<br><br>   JORGE ECHEVERRI<br>   LEIDY J ECHEVERRI |

**Order Filed on August 16, 2016
by Clerk U.S. Bankruptcy Court
District of New Jersey**

Case No.:  16-20231JKS

Hearing Date:  8/11/2016

Judge:  JOHN K. SHERWOOD

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: August 16, 2016

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):   JORGE ECHEVERRI
            LEIDY J ECHEVERRI

Case No.:  16-20231JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

　　　THIS MATTER having been scheduled before the Court on 08/11/2016 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must convert the Chapter 13 case to a Chapter 7 by 8/31/2016 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Notice of Conversion has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-20231-JKS
Jorge Echeverri                                                               Chapter 13
Leidy J Echeverri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1               Date Rcvd: Aug 16, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2016.
db/jdb         +Jorge Echeverri,   Leidy J Echeverri,   113 Main St,   Linden, NJ 07036-3535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Scott E. Tanne    on behalf of Debtor Jorge  Echeverri info@tannelaw.com,  clerk@tannelaw.com
      Scott E. Tanne    on behalf of Joint Debtor Leidy J Echeverri info@tannelaw.com, clerk@tannelaw.com
                                                                                                                                                     TOTAL: 4