Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−20231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jorge Echeverri                                          Leidy J Echeverri
   113 Main St                                                   113 Main St
   Linden, NJ 07036                                  Linden, NJ 07036

Social Security No.:
   xxx−xx−3618                                               xxx−xx−5121

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
     Debtor and Joint Debtor was entered on September 12, 2016.

     Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: September 12, 2016
JJW: zlh

                                                                                         James J. Waldron
                                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-20231-JKS
Jorge Echeverri                                                                     Chapter 13
Leidy J Echeverri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin                  Page 1 of 2                  Date Rcvd: Sep 12, 2016
                               Form ID: 148                 Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
```
db/jdb         +Jorge Echeverri,    Leidy J Echeverri,    113 Main St,    Linden, NJ 07036-3535
516199923      +1st Crd Srvc,    377 Hoes Lane,    Piscataway, NJ 08854-4138
516199924      #+Afm Financial Services,    1150 Raritan Rd Ste 103,    Cranford, NJ 07016-3369
516199925      +AmeriFinancial Solutions. Llc,    Po Box 65018,    Baltimore, MD 21264-5018
516199926      +Atlantic Federal Cred,    37 Market St,    Kenilworth, NJ 07033-1761
516199931      +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
                 Saint Louis, MO 63179-0040
516199933      +City of Linden Tax Collector,    301 N Wood Ave,    Linden, NJ 07036-7218
516199936      +Equifax,    PO BOX 740241,    Atlanta, GA 30374-0241
516199937      +Experian,    PO BOX 9701,    Allen, TX 75013-9701
516199939      +Fed Loan Servicing,    Po Box 60610,    Harrisburg, PA 17106-0610
516199938      +Fed Loan Servicing,    Po Box 69184,    Harrisburg, PA 17106-9184
516199940     ++GOLD KEY CREDIT INC,    PO BOX 15670,    BROOKSVILLE FL 34604-0122
               (address filed with court: Gold Key Credit,    Attn: Bankruptcy,    Po Box 15670,
                 Brooksville, FL 34604)
516199945      +KML Law Group, P.C.,    216 Haddon Ave,    Suite 406,    Westmont, NJ 08108-2812
516199943      +Kay Jewelers/Sterling Jewelers Inc.,    Sterling Jewelers,    Po Box 1799,    Akron, OH 44309-1799
516248253       Lakeview Loan Servicing, LLC,    M&T Bank,    P.O. Box 840,    Buffalo, NY 14240-0840
516199949      +Phoenix Financial Services. Llc,    8902 Otis Ave Ste 103a,    Indianapolis, IN 46216-1009
516199948     #+Phoenix Financial Services. Llc,    Po Box 26580,    Indianapolis, IN 46226-0580
516199952      +Remex Inc,    307 Wall St,    Princeton, NJ 08540-1515
516199953     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of NJ Division of Taxation,    PO BOX 187,
                 Trenton, NJ 08695-0187)
516199956      +Trans Union,    PO BOX 2000,    Chester, PA 19022-2000
516334417       U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA  17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2016 23:40:43      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2016 23:40:39      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516199928      +E-mail/Text: banko@berkscredit.com Sep 12 2016 23:40:21      Berks Credit & Collections,
                 900 Corporate Dr,    Reading, PA 19605-3340
516199927      +E-mail/Text: banko@berkscredit.com Sep 12 2016 23:40:21      Berks Credit & Collections,
                 Po Box 329,    Attn: Bankruptcy,    Temple, PA 19560-0329
516199930       EDI: CAPITALONE.COM Sep 12 2016 23:13:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
516199929      +EDI: CAPITALONE.COM Sep 12 2016 23:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516241993       EDI: CAPITALONE.COM Sep 12 2016 23:13:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
516199932      +EDI: CITICORP.COM Sep 12 2016 23:13:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
516199934      +EDI: CCS.COM Sep 12 2016 23:13:00      Credit Coll,    Po Box 9133,    Needham, MA 02494-9133
516199942       EDI: IRS.COM Sep 12 2016 23:13:00      Internal Revenue Service,    PO Box 7346,
                 Philadelphia, PA 19101-7346
516199944      +E-mail/Text: ebnsterling@weltman.com Sep 12 2016 23:40:29
                 Kay Jewelers/Sterling Jewelers Inc.,    375 Ghent Rd,    Fairlawn, OH 44333-4601
516199947       E-mail/Text: camanagement@mtb.com Sep 12 2016 23:40:28      M & T Bank,    1100 Wehrle Drive,
                 Buffalo, NY 14240
516199946       E-mail/Text: camanagement@mtb.com Sep 12 2016 23:40:28      M & T Bank,    Attn: Bankruptcy,
                 1100 Wehrle Dr  2nd Floor,    Williamsville, NY 14221
516199951       EDI: PRA.COM Sep 12 2016 23:13:00      Portfolio Recovery,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502
516199950       EDI: PRA.COM Sep 12 2016 23:13:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516295381       EDI: Q3G.COM Sep 12 2016 23:13:00      Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,
                 PO Box 788,    Kirkland, WA  98083-0788
516354142      +E-mail/Text: bncmail@w-legal.com Sep 12 2016 23:40:48      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516199954      +EDI: WTRRNBANK.COM Sep 12 2016 23:13:00      Target,    C/O Financial & Retail Services,
                 Mailstop BT PO Box 9475,    Minneapolis, MN 55440-9475
516199955      +EDI: WTRRNBANK.COM Sep 12 2016 23:13:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
516199935       EDI: USBANKARS.COM Sep 12 2016 23:13:00      Elan Financial Service,    Po Box 108,
                 St Louis, MO 63166
516234744       EDI: WFFC.COM Sep 12 2016 23:13:00      Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 PO Box 19657,    Irvine, CA 92623-9657
516199957      +EDI: WFFC.COM Sep 12 2016 23:13:00      Wells Fargo Dealer Services,    Po Box 3569,
                 Rancho Cucamonga, CA 91729-3569
```

```
District/off: 0312-2          User: admin                Page 2 of 2                  Date Rcvd: Sep 12, 2016
                              Form ID: 148               Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
516199958      +EDI: WFFC.COM Sep 12 2016 23:13:00      Wells Fargo Dealer Services,   Po Box 1697,
                Winterville, NC 28590-1697
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516199941*    ++GOLD KEY CREDIT INC,   PO BOX 15670,   BROOKSVILLE FL 34604-0122
               (address filed with court:  Gold Key Credit,    P O Box 15670,   Brooksville, FL 34604)
516334419*     U.S. Department of Education,   C/O FedLoan Servicing,   P.O. Box 69184,
                Harrisburg, PA  17106-9184
                                                                                             TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Jorge  Echeverri info@tannelaw.com,  clerk@tannelaw.com
              Scott E. Tanne    on behalf of Joint Debtor Leidy J Echeverri info@tannelaw.com,
               clerk@tannelaw.com
                                                                                             TOTAL: 4
```