UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

    JORGE ECHEVERRI
    LEIDY J ECHEVERRI

Order Filed on September 12, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.:    16-20231 JKS

Chapter:    13

## ORDER OF DISMISSAL

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 12, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):  JORGE ECHEVERRI
            LEIDY J ECHEVERRI

Case No.:  16-20231

Caption of Order:  Order of Dismissal

---

Upon the Debtor's failure to comply with the order entered on 08/16/2016 and for good cause shown, it is

ORDERED that this case is dismissed and any discharge that was granted is vacated. All outstanding fees to the Court are due and owing and must be paid within 5 days of the date of this Order.

Pursuant to Fed. R. Bankr.P.2002(f), the Clerk shall notify all parties in interest of the entry of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-20231-JKS
Jorge Echeverri                                                 Chapter 13
Leidy J Echeverri
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin           Page 1 of 1         Date Rcvd: Sep 12, 2016
                            Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2016.
db/jdb         +Jorge Echeverri,    Leidy J Echeverri,   113 Main St,   Linden, NJ 07036-3535

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Scott E. Tanne    on behalf of Debtor Jorge  Echeverri info@tannelaw.com,   clerk@tannelaw.com
              Scott E. Tanne    on behalf of Joint Debtor Leidy J Echeverri info@tannelaw.com,
               clerk@tannelaw.com
                                                                                               TOTAL: 4